UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE AUSTIN LEANEAGH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 1:24-cr-00073-JRS-TAB |

**MOTION FOR RESTITUTION**

The United States of America, by and through Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Carolyn A. Haney, Assistant United States Attorney, hereby files this Motion for Restitution and in support states as follows:

1. The Parties have filed a Petition to Enter a Plea of Guilty and Plea Agreement. (Dkt. 33.) The Defendant's change of plea and sentencing hearing is currently set for June 25, 2026. (Dkt. 41.)

2. The Defendant has also agreed to pay restitution to the child victims whose images are contained in the images the Defendant possessed. (*Id.* ¶¶ 14-15.) Restitution is also required under the Mandatory Victim Restitution Act, codified at 18 U.S.C. § 3663A. The minimum amount of restitution the Court shall impose is $3,000. 18 U.S.C. § 2259(b).

3. The National Center for Missing and Exploited Children identified victims in the Defendant's possession of child sex abuse material. Eight of those victims have requested restitution through his/her representatives and have agreed to accept the amount outlined below.

| **Series Name** | **Amount** |
|---|---|
| Best Necklace | $5,000 |
| BluesPink1 | $4,000 |
| Jenny | $4,000 |
| RCA Series | $5,000 |
| SparklingVelvet | $3,000 |
| Sweet White Sugar | $5,000 |
| Tara | $4,000 |
| Vicky | $4,000 |

4. Counsel for the Defendant does not object to this request.

WHEREFORE, the United States requests the Court issue an Order of Restitution in the amount requested.

Respectfully Submitted,

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

By: /s/ Carolyn A. Haney

Carolyn A. Haney
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Carolyn.Haney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Carolyn A. Haney

Carolyn A. Haney
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Carolyn.Haney@usdoj.gov